**Order entered April 25, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01107-CR

**DAVID RICHARDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-24896-U**

## ORDER

Before the Court is the request of court reporter Sasha Brooks for additional time to file the reporter's record.  We **GRANT** the request and **ORDER** the reporter's record received April 24, 2019 filed as of the date of this order.


/s/      BILL PEDERSEN, III
JUSTICE